B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DRUCKER TECHNOLOGIES, INC., | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-0441-B |
| | § | |
| NUTRA LAB and KENNETH | § | |
| O'KELLY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Ken O'Kelly's Motion for Status Conference Appearance by Telephone (doc. 19). Having considered the Motion, the Court finds it should be and hereby is **DENIED**. Notwithstanding the Court's Status Report Order (doc. 15), the parties have submitted separate status reports (docs. 16 & 17). Due to the parties' inability to file a Joint Status Report, and particularly Defendant's allegations concerning Plaintiff's counsel's failure to participate in meaningful and productive discussions, the Court finds that it is necessary for both parties to be physically present at the hearing. It is therefore **ORDERED** that lead counsel for the parties (or the parties themselves if proceeding pro se) are required to attend the status conference, which remains scheduled for Wednesday, September 15, 2010 at 1:30 PM.

SO ORDERED.

Dated: September 13, 2010

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE