UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DRUCKER TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-0441-B |
| NUTRA LAB and KENNETH O'KELLY, | § § § § | |
| Defendants. | § | |

## AMENDED ORDER

The Court's previous Order (doc. 25) stated that a pretrial conference in this case is scheduled for February 18, 2011. That statement is incorrect; no scheduling order has yet to be entered in this case. Therefore, the Court's Order should read as follows:

"Before the Court is Plaintiff Drucker Technologies' Motion for an Order Setting Court-Supervised Settlement Conference or Compelling Early Mediation. The Court finds that a court supervised settlement conference is appropriate in this case. Accordingly, the finds that Plaintiff's Motion should be and hereby is **GRANTED**.

The court supervised settlement conference will be conducted by **United States Magistrate Judge Paul Stickney** on **Monday, November 1, 2010 at 9:00 a.m.** in Courtroom 1561. Following the settlement conference, the court will be advised only that the case did or did not settle. If the case does not settle, the Court will rule on the parties' pending motions, and the case will proceed.

The named parties shall be physically present during the entire settlement conference, and each party which is not a natural person must be represented by an executive officer (other than in-

house counsel) with authority to negotiate a settlement (the authority required shall be active, *i.e.* not merely the authority to observe the mediation proceedings but the authority to negotiate, demand or offer, and bind the party represented).  Counsel and the parties shall proceed in a good faith effort to try to resolve this case.

A court supervised settlement conference is not a substitute for trial, however, and the case will be tried if not settled.

Failure to comply in good faith with the requirements of this order may result in the imposition of sanctions.  *See* Fed. R. Civ. P. 16(f)."

**SO ORDERED**.

SIGNED October 19, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE