**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DRUCKER TECHNOLOGIES, INC.,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-0441-B (BF) |
| ) | |
| **NUTRA LAB and KENNETH O'KELLEY,** ) | |
| **individually,** ) | |
|     Defendants. ) | |

## ORDER

The District Court referred this case to United States Magistrate Judge Stickney for a settlement conference. The Court conducted the settlement conference. The parties met in good faith and attempted to settle the case. Nevertheless, the parties did not reach a settlement.

Signed, November 30, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE